UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

LOWE, DENNIS HOWARD                                                        Case No. 10-04745-MAM

    Debtor(s).

## TRUSTEE'S OBJECTION TO CLAIM

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Standing Order, the Court will consider this objection without further notice or hearing unless a party in interest files a written objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, Alabama, 36602, and serve a copy on the Movant, Lynn Harwell Andrews, Trustee, P.O. Box 2094, Fairhope, AL 36533-2094.

If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Comes now Lynn Harwell Andrews, the Trustee herein, and objects to Claim No. 000007 filed by HSBC Bank Nevada, N.A. on November 23, 2010, in the amount of $2,000.00. As grounds for this objection, the Trustee shows that Claim No. 000007 of HSBC Bank Nevada, N.A. was filed as secured on property that was claimed as exempt and is not part of this bankruptcy estate.

WHEREFORE, the Trustee prays that the Court will enter an order sustaining her objection and disallowing Claim No. 000007 of HSBC Bank Nevada, N.A.

Dated: November 25, 2014

    /s/LYNN HARWELL ANDREWS
LYNN HARWELL ANDREWS, Trustee
P.O. Box 2094
Fairhope, AL 36533-2094
(251) 929-7922

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel for all parties to this proceeding electronically or by placing a copy thereof in the United States Mail, properly addressed, and first class postage prepaid in this the 25th day of November, 2014.

    /s/LYNN HARWELL ANDREWS
    LYNN HARWELL ANDREWS

Copies to:

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712